

21 Roszel Road
P.O. Box 5226
Princeton, NJ 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-6358

November 19, 2015

<u>*Via ECF and Email*</u>
Honorable Lois H. Goodman, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey   08608

Re:   ***Sanofi-Aventis U.S. LLC et al. v. Fresenius Kabi USA, LLC,***
Civil Action Nos. 14-7869, 14-8082, 15-2631 (MAS)(LHG)
***Sanofi-Aventis U.S. LLC et al. v. Accord Healthcare, Inc.,***
Civil Action Nos. 14-8079, 15-2520 (MAS)(LHG)
***Sanofi-Aventis U.S. LLC et al. v. BPI Labs, LLC et al.,***
Civil Action Nos. 14-8081, 15-2521 (MAS)(LHG)
***Sanofi-Aventis U.S. LLC et al. v. Apotex Corp. et al.,***
Civil Action Nos. 15-0287, 15-1835 (MAS)(LHG)
***Sanofi-Aventis U.S. LLC et al. v. Breckenridge Pharmaceutical, Inc.,***
Civil Action Nos. 15-0289, 15-1836 (MAS)(LHG)
***Sanofi-Aventis U.S. LLC et al. v. Mylan Laboratories Ltd.,***
Civil Action Nos. 15-0290, 15-3392 (MAS)(LHG)
***Sanofi-Aventis U.S. LLC et al. v. Actavis LLC,***
Civil Action Nos. 15-0776, 15-3107 (MAS)(LHG)
***Sanofi-Aventis U.S. LLC et al. v. Dr. Reddy's Laboratories, Inc., et al.,***
Civil Action Nos. 15-2522 (MAS)(LHG)
***Sanofi-Aventis U.S. LLC et al. v. Glenmark Pharmaceuticals, Inc., et al.,***
Civil Action Nos. 15-2523 (MAS)(LHG)

Dear Judge Goodman:

This office, together with Taft Stettinius and Hollister, LLP, represent Defendants Apotex Corp. and Apotex, Inc., in case numbers 15-0287 and 15-1835. We write, together with Plaintiffs and Defendants in the above referenced matters, to respectfully request that the deadlines for: (1) opening claim construction briefs; (2) completion of expert discovery relating to opening *Markman* briefs; (3) substantial completion of document production; and (4) responsive *Markman* briefs set forth in this Court's June 12, 2015 Pretrial Scheduling Order (14-7869 D.I. 23) be extended as follows:

**HILL WALLACK LLP**
ATTORNEYS AT LAW

Page 2

| *Activity* | *Current Deadline* | *Amended Deadline* |
|---|---|---|
| Parties to contemporaneously file Opening *Markman* Briefs and any evidence supporting claim construction, including experts' certifications or declarations, pursuant to L. Pat. R. 4.5(a) | November 24, 2015 | December 4, 2015 |
| Completion of Expert Discovery Relating to Opening *Markman* Briefs pursuant to L. Pat. R. 4.5(b) | December 16, 2015 | January 8, 2016 |
| Substantial completion of document production | December 20, 2015 | January 25, 2016 |
| Parties to contemporaneously file Responsive *Markman* Briefs and any evidence supporting claim construction, including any responding experts' certifications or declarations, pursuant to L. Pat. R. 4.5(c)3 | January 20, 2016 | January 25, 2016 |

If the enclosed proposed order meets with your Honor's approval, we respectfully request that it be entered on the docket.

We appreciate the Court's attention to this matter and we are available to your Honor or your Honor's staff should anything further be required.

                Sincerely,

                HILL WALLACK, LLP

                ERIC I. ABRAHAM
                /s/Eric I. Abraham

cc:    All Counsel of Record, via ECF