IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, AVENTIS PHARMA S.A. and SANOFI<br><br>Plaintiffs,<br><br>v.<br><br>FRESENIUS KABI USA, LLC,<br><br>Defendant. | Civil Action No. 3:14-cv-07869(MAS)(LHG)<br>Civil Action No. 3:14-cv-08082(MAS)(LHG)<br>Civil Action No. 3:15-cv-02631(MAS)(LHG) |
| SANOFI-AVENTIS U.S. LLC, AVENTIS PHARMA S.A. and SANOFI<br><br>Plaintiffs,<br><br>v.<br><br>ACCORD HEALTHCARE, INC.,<br><br>Defendant. | Civil Action No. 3:14-cv-08079(MAS)(LHG)<br>Civil Action No. 3:15-cv-02520(MAS)(LGH) |
| SANOFI-AVENTIS U.S. LLC, AVENTIS PHARMA S.A. and SANOFI<br><br>Plaintiffs,<br><br>v.<br><br>BPI LABS, LLC AND BELCHER PHARMACEUTICALS, LLC,<br><br>Defendants. | Civil Action No. 3:14-cv-08081(MAS)(LHG)<br>Civil Action No. 3:15-cv-02521(MAS)(LHG) |

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, AVENTIS PHARMA S.A. and SANOFI<br><br>                    Plaintiffs,<br><br>v.<br><br>APOTEX CORP. AND APOTEX, INC.,<br><br>                    Defendants. | Civil Action No. 3:15-cv-00287(MAS)(LHG)<br>Civil Action No. 3:15-cv-01835(MAS)(LHG) |
| SANOFI-AVENTIS U.S. LLC, AVENTIS PHARMA S.A. and SANOFI<br><br>                    Plaintiffs,<br><br>v.<br><br>BRECKENRIDGE PHARMACEUTICAL, INC.,<br><br>                    Defendant. | Civil Action No. 3:15-cv-00289(MAS)(LHG)<br>Civil Action No. 3:15-cv-01836(MAS)(LHG) |
| SANOFI-AVENTIS U.S. LLC, AVENTIS PHARMA S.A. and SANOFI<br><br>                    Plaintiffs,<br><br>v.<br><br>MYLAN LABORATORIES LTD.,<br><br>                    Defendant. | Civil Action No. 3:15-cv-00290(MAS)(LHG)<br>Civil Action No. 3:15-cv-03392(MAS)(LHG) |

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, AVENTIS PHARMA S.A. and SANOFI<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS LLC,<br><br>Defendant. | Civil Action No. 3:15-cv-00776(MAS)(LHG)<br>Civil Action No. 3:15-cv-03107(MAS)(LHG) |
| SANOFI-AVENTIS U.S. LLC, AVENTIS PHARMA S.A. and SANOFI<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC. AND DR. REDDY'S LABORATORIES, LTD.,<br><br>Defendants. | Civil Action No. 3:15-cv-02522(MAS)(LHG)<br>Civil Action No. 3:16-cv-02259(MAS)(LHG) |
| SANOFI-AVENTIS U.S. LLC, AVENTIS PHARMA S.A. and SANOFI<br><br>Plaintiffs,<br><br>v.<br><br>GLENMARK PHARMACEUTICALS, INC., USA AND GLENMARK PHARMACEUTICALS LTD.,<br><br>Defendants. | Civil Action No. 15-cv-02523(MAS)(LHG) |

These matters having come before the Court by way of a joint request for entry of an Order amending certain deadlines in this Court's Order dated August 26, 2016 (14-7869 ECF No. 108), and the Court having considered the request, and all parties having consented, and the Court having found good cause to extend the current deadlines as proposed;

IT IS on this 9TH day of November, 2016,

ORDERED that the Court's August 26, 2016 Order be amended as follows:

| Activity | Current Deadline | Amended Deadline |
|---|---|---|
| Parties to Exchange Rebuttal Expert Reports | November 9, 2016 | November 21, 2016 |
| Parties to Exchange Reply Expert Reports | December 9, 2016 | December 21, 2016 |
| Close of Expert Discovery | February 17, 2017 | February 28, 2017 |

IT IS FURTHER ORDERED that the remaining dates and requirements contained in the Court's August 26, 2016 and June 12, 2015 Scheduling Orders (14-7869 ECF No. 23) are unchanged.

11/9/2016

_____
HONORABLE LOIS H. GOODMAN
UNITED STATES MAGISTRATE JUDGE